## STATE v. NEWSOME.

(Decided February 3, 1916.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

W. L. MARTIN, Attorney General.   WERT & LYNNE, for appellee.

PER CURIAM.—Appeal dismissed.

## STATE v. WALTON.

(Decided January 11, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. A. H. ALSTON.

W. L. MARTIN, Attorney General, for the State.   H. H. ELLIS, for appellee.

PER CURIAM.—Appeal dismissed on motion of Attorney General.

## STOKES v. CITY OF EUFAULA.

(Decided January 18, 1916.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.

## TANKSLEY v. CITY OF TUSCALOOSA.

(Decided November 25, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for apellant.   BROWN & WARD, for appellee.